RANDY S. GROSSMAN
United States Attorney
MEGHAN E. HEESCH (MN Bar No. 0395912)
NICHOLAS W. PILCHAK (CA Bar No. 331711)
ERIC R. OLAH (CA Bar No. 295513)
Assistant United States Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9442
Email: meghan.heesch@usdoj.gov

**SEALED**

FILED
MAY 27 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEIDA ALAN (2),<br>  aka Sheida Arabi,<br><br>Defendant. | Case No. 22-CR-1152-W<br><br>APPLICATION TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT AND ARREST WARRANT AND ORDER THEREON<br><br>[UNDER SEAL] |

The United States of America, by and through its counsel, applies for an Order from the Court to partially unseal the Indictment in this case in order to allow for disclosure to and by United States Department of State and law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating, arresting, and extraditing Sheida Alan, aka Sheida Arabi ("the Defendant"). On May 24, 2022, a Grand Jury returned a sealed Indictment charging the Defendant with Wire Fraud Conspiracy, in violation of Title 18, United States Code, Section 1349; Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Conspiracy to Launder Monetary Instruments, in violation of Title 18, United States Code, Section 1956(h). That same day, the Clerk of the Court issued a sealed arrest warrant for the Defendant.

The United States anticipates working with the United States Department of State and foreign law enforcement authorities in order to locate, arrest, and extradite Sheida Alan, aka Sheida Arabi. In that effort, the United States is required to provide a copy of the Indictment and arrest warrant to the Department of State and to foreign authorities.

Accordingly, the United States requests an Order partially unsealing the Indictment and arrest warrant only for the purpose of allowing for disclosure to and by law enforcement personnel, including foreign authorities, and the Department of State in connection with the performance of their duties and for the purpose of locating, arresting, and extraditing the Defendant.

Because the Defendant or her co-defendants may flee from their current locations if this application was publicly made, the United States is requesting this application and order be made under seal.

DATED: May 25, 2022.                Respectfully Submitted,

                                    RANDY S. GROSSMAN
                                    United States Attorney

                                    */s/ Meghan Heesch*
                                    MEGHAN E. HEESCH
                                    Assistant United States Attorney

**SO ORDERED.**
**Application and Order are Hereby Ordered Sealed**

Date: 5/25, 2022                    _____
                                    HONORABLE THOMAS J. WHELAN
                                    UNITED STATES DISTRICT JUDGE