# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KARIM ARABI; SHEIDA ALAN, also known as Sheida Arabi; SANJIV TENEJA; ALI AKBAR SHOKOUHI,<br><br>   Defendants. | Case No. 22-cr-01152-BAS<br><br>**ORDER DENYING THE GOVERNMENT'S SUPPLEMENTAL MOTION FOR A PROTECTIVE ORDER**<br><br>**(ECF No. 92)** |

On December 5, 2022, the Court **DENIED** the Government's Supplemental Motion for a Protective Order (ECF No. 92). The documents produced by the Government will remain subject to a protective order. However, the Court **DENIES** the Government's request that certain parts of these documents be redacted and for "attorneys' eyes only." The Court found the Government's concerns about Defendants' possible use of this technical information to be speculative. If any individual violates the Court's protective order, there are other sanctions at the

Government's disposal, including a request to revoke a Defendant's bond for violating a Court order.

**IT IS SO ORDERED.**

DATED: December 16, 2022

Hon. Cynthia Bashant
United States District Judge